**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6619**

_____

SHUN J. DIGGS,

Plaintiff - Appellant,

versus

RONALD BARR,

Defendant - Appellee,

and

OFFICER GASTON; SERGEANT BROWN,

Defendants.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:06-cv-00329)

_____

Submitted: October 10, 2007          Decided: October 24, 2007

_____

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Shun J. Diggs, Appellant Pro Se.  Ronald Barr, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shun J. Diggs appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Diggs v. Barr</u>, No. 3:06-cv-00329 (W.D.N.C. Aug. 7, 2006; Mar. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>